IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:23CR114 |
| vs. | INDICTMENT |
| KEVIN RADIK, | 18 U.S.C. § 1703(a) |
| Defendant. | |

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2023 MAY 16 PM 3:47
OFFICE OF THE CLERK

The Grand Jury charges that

## COUNT I

On or about December 1, 2022 through on or about March 16, 2023, in the District of Nebraska, the defendant, KEVIN RADIK, then being a Postal Service employee, did unlawfully secrete, destroy, detain, and delay any letter, postal card, package, bag, and mail entrusted to him and which was intended to be conveyed by mail, and carried and delivered by any carrier or other employee of the Postal Service, and forwarded through and delivered from any post office or station thereof established by authority of the Postmaster General or the Postal Service.

In violation of Title 18, United States Code, Section 1703(a).

A TRUE BILL.

FOREPERSON

1

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

*Sean P. Lynch*
SEAN P. LYNCH, #25275
Assistant U.S. Attorney